Raymond GRIFFIN, Plaintiff–Appellant,

v.

Donnie HARRISON; Officer Gilliam; Officer Lamar; Sergeant Bridges; Officer Bey–Adams; Sergeant Smith; Officer Hammonds; John And Jane Doe, Defendants–Appellees,

and

Captain Steinbeck, Defendant.

No. 16-6857

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

Raymond Griffin, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Griffin seeks to appeal the district court's order dismissing, in part, Griffin's 42 U.S.C. § 1983 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Grif-

fin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED